UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ANTHONY T. FIELDS,**

    **Plaintiff,**

v.                                    **Case No: 6:17-cv-184-Orl-41KRS**

**FIDELITY SECURITY AGENCY, LLC.,
FIDELITY SECURITY SERVICES,
LLC. and MICHAEL L. WILLIAMS,
JR. ,**

    **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on the parties' Joint Motion for Approval of Settlement ("Motion," Doc. 27). United States Magistrate Judge Karla R. Spaulding submitted a Report and Recommendation (Doc. 28), recommending that the Court grant the Motion and dismiss the case with prejudice. Thereafter, the parties filed a Joint Notice of No Objection to Report and Recommendation (Doc. 29).

After a *de novo* review of the record, the Court agrees with the analysis set forth in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 28) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The parties' Joint Motion for Approval of Settlement (Doc. 27) is **GRANTED in part**.

    a. The Court **DECLINES** to reserve jurisdiction to enforce the Settlement Agreement;

b. The parties' Settlement Agreement (Doc. 27-1) is otherwise **APPROVED**; and this case is **DISMISSED with prejudice**.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on November 28, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record